**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

RAY GRIFFIN                                                  CIVIL ACTION NO. 16-1519

VERSUS                                                        JUDGE S. MAURICE HICKS, JR.

JERRY GOODWIN                                          MAGISTRATE JUDGE HAYES

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed herein,[1] and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Petitioner Ray Griffin's application for writ of *habeas corpus* be and hereby is **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Federal Rule of Civil Procedure Rule 41(b).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 7th day of July, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1]While he filed a response to the Report and Recommendation, Petitioner does not object to the dismissal without prejudice because he is in the process of exhausting his state remedies. See Record Document 7 at 2.